FILED BY ___ D.C.

05 NOV -2 PM 4: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TIFFANY HEATHER MOSS, Individually and as Next Friend of CLINTON MOSS, Plaintiffs, v. SHELBY COUNTY SCHOOL BOARD, et al., Defendants. | Case No. 04-2741-DV |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO ENLARGE TIME AND ALLOWING SUBSTITUTION OF COUNSEL FOR THE PLAINTIFFS

The plaintiffs have moved the Court for an Order granting additional time to complete discovery and to allow substitution of counsel. The parties are in agreement that the relief sought should be granted.

For good cause shown and in the discretion of the Court, the Motion is granted and the Scheduling Order entered herein on March 22, 2005 is amended to read as follows:

COMPLETING ALL DISCOVERY: March 2, 2006.

    (a)    DOCUMENT PRODUCTION: November 30, 2005

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: January 3, 2006.

    (c)    EXPERT WITNESS DISCLOSURE (Rule 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: November 30, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11/2/05_



    (2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT

    INFORMATION: January 3, 2006.

    (3) EXPERT WITNESS DEPOSITIONS: March 2, 2006.

FILING DISPOSITIVE MOTIONS: April 15, 2006.

All other portions of the Scheduling Order shall remain in full force and effect.

Dee Shawn Peoples is allowed to withdraw as attorney for the Plaintiffs and R. Linley Richter, Jr. is hereby substituted in his place.

So ORDERED this 1st day of November, 2005.

                _____
                Diane K. Vescovo
                United States Magistrate Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02741 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Marcy Ingram
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT